NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Cerame v. Bowler     Docket No.: 22-3106

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Michael Skold, Deputy Solicitor General

Firm: Connecticut Office of the Attorney General

Address: 165 Capitol Avenue, Hartford, CT 06106

Telephone: 860-808-5316     Fax: 860-808-5385

E-mail: michael.skold@ct.gov

Appearance for: Defendant-Appellees, Michael P. Bowler and Matthew G. Berger
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Emily A. Gait, Office of the Attorney General )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 25, 2021     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Michael K. Skold

Type or Print Name: Michael K. Skold