# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of January, two thousand twenty-three.

_____

| | |
|---|---|
| Mario Cerame, Timothy C. Moynahan, | **ORDER** |
| Plaintiffs - Appellants, | Docket No. 22-3106 |
| v. | |
| Michael P. Bowler, in his official capacity as Connecticut Statewide Bar Counsel, Matthew G. Berger, in his official capacity as Chair of the Statewide Grievance Committee, | |
| Defendants - Appellees. | |

_____

    On December 12, 2022, the Court issued a notice pursuant to Fed. R. App. P. 4(a)(4), staying this appeal due to a pending motion in the district court. The district court having denied the motion in an order dated December 20, 2022,

    IT IS ORDERED that the stay of this appeal is hereby lifted. Appellants must file Form C, Form D, and an Acknowledgment and Notice of Appearance form within 14 days of the date of this order.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

